# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE M. CAULEY

NO. 2020 KW 0248

**MAY 1 2 2020**

---

In Re:    Willie M. Cauley, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          unknown.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED** for the sole purpose of transferring the
Motion for Speedy Trial to the district court for its
consideration.  The original of the writ application will be
forwarded to the district court clerk of court.

                         **JMM**
                         **MRT**
                         **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT